# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JASON LAWNICZAK                                                PLAINTIFF

v.                    CASE NO. 4:17-CV-00645 BSM

TIM RYALS, *et al.*                                             DEFENDANTS

## ORDER

The proposed findings and partial recommendation [Doc. No. 9] submitted by United States Magistrate Judge Patricia S. Harris have been reviewed. No objections have been filed. After a careful review of the record, the proposed findings and partial recommendation are adopted in their entirety. Accordingly, Lawniczak's claims regarding jail conditions are dismissed without prejudice; defendants Randall, Huffman, Andrews, and Page are dismissed; and pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 28th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE